# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,              ) | **CLERK'S ENTRY OF DEFAULT** |
|                                        ) | |
|     Plaintiff,                         ) | CV-08-908-PHX-DGC |
|                                        ) | |
|     v.                                 ) | |
|                                        ) | |
| Handicapped & Disabled Workshops, Inc., ) | |
| et al,                                 ) | |
|                                        ) | |
|     Defendant.                         | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Handicapped & Disabled Workshops, Inc., Handi-Hope Industries, Inc., and Handi-Ship, LLC .

DEFAULT ENTERED this 23 day of June, 2008.

              RICHARD H. WEARE
              District Court Executive/Clerk

               s/ Deborah N. Herman
              By: Deputy Clerk

cc: (all counsel)