**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | No. CV-08-908-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Handicapped & Disabled Workshops, Inc., also formerly known as Handi-Tech Company; Handi-Hope Industries, Inc.; Handi-Ship, LLC; Bruce D. Peeples; George Thomas; and Joshua D. Abramson, | |
| Defendants. | |

The Court entered a stipulated preliminary injunction appointing attorney Matthew Callister as the permanent receiver ("Receiver") over Defendants Handicapped & Disabled Workshops, Inc., Handi-Hope Industries, Inc., and Handi-Ship, LLC (collectively, "Corporate Defendants"). Dkt. #29. The Receiver has filed a final report, accounting, and recommendations ("Final Report"). Dkt. #56.

**IT IS ORDERED:**

1. The Receiver promptly shall mail copies of the Final Report to all known creditors of Corporate Defendants with a notice stating that any objections to paying any assets of Corporate Defendants to satisfy claims, the Receiver's costs and expenses, or monetary judgments entered in this case must be submitted to the Court and served by mail upon the Receiver within 30 days of the mailing of the Final Report (*see* Dkt. #55 at 5).

1  2. The Receiver shall file with the Court a Notice of Mailing Final Report once
2      the mailing is complete.
3  DATED this 7th day of April, 2009.

*David G. Campbell*
David G. Campbell
United States District Judge