**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | No. CV-08-908-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Handicapped & Disabled Workshops, Inc., also formerly known as Handi-Tech Company; Handi-Hope Industries, Inc.; Handi-Ship, LLC; Bruce D. Peeples; George Thomas; and Joshua D. Abramson, | |
| Defendants. | |

Pursuant to the Court's July 6, 2009 order (Dkt. #63), the Receiver has filed a first status report (Dkt. #64). The report indicates that the Receiver mailed notices to potential creditors of Corporate Defendants on July 17, 2009. Dkt. #64 at 3, Ex. A. The Receiver requests that the Court allow him 60 days to file a second report apprising the Court of the status of any claims made by creditors. The Court will grant this request. The Court will deny the Receiver's request that his fee application filed on June 18, 2009 (Dkt. #61) be granted because a decision on that application cannot be made until the creditors' time for filing objections has passed. *See* Dkt. #63 at 3. The Receiver may file a supplemental fee application upon the filing of the second status report. The Court will then issue a ruling on both fee applications.

**IT IS ORDERED:**

1. The Receiver shall file a second status report by **September 25, 2009**.

2. The Receiver's request for a ruling on his fee application (Dkt. #61) is **denied** without prejudice.

3. The Receiver may file a supplemental fee application upon the filing of the second status report.

DATED this 22nd day of July, 2009.

_____
David G. Campbell
United States District Judge